

580 Massie Road
Charlottesville, VA 22903-1738

**Thomas Frampton**
**Associate Professor of Law**
P 202.352.8341
F 434.924.7536
www.law.virginia.edu

Lyle W. Cayce
Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

March 9, 2023

      SUBJECT:    In Re Tyrone Parker (23-30090)

To Whom It May Concern:

This letter is to advise the court that on March 6, 2023, the trial court granted the writ of habeas corpus in the underlying case (Case No. 20-cv-00609).

Sincerely,

Thomas Frampton